**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT MERRITT

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

The STATE OF PENNSYLVAIN
NORTHAMPTON County Correctional
Center, And Officers
STEVEN Gullo Et el

_____

_____

_____

_____

_____

**13     580**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

**FILED**

MAY 0 8 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff    Name ROBERT MERRITT

ID # 23121

Current Institution Warren County Correctional Center

Address 175 County RD Rt.519s Belvidere, NJ 07825

_____

*Rev. 10/2009*

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name STEVEN GULLO _____ Shield # dont No

Where Currently Employed Northampton County Prison

Address 160 South Union St, Easton, PA 18042

666 Walnut St Easton PA 18042

Defendant No. 2

Name The other officer Name _____ Shield # dont No

Where Currently Employed NORThampton County Prison

Address 160 South union St Easton, PA 18042

666 Walnut St Easton PA 18042

Please call the INV. CHRIS G NAUGLE for Name and shield # Northampton County Phone (610) 923-4442

Defendant No. 3

(610) 923-4442

Fax 610-923-4447

Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 4

Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 5

Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? Northampton — County Prison

B.   Where in the institution did the events giving rise to your claim(s) occur? While Leaving the Seg unit to the Holding Cell after Leaving the Holding Cell That's Where I Was Attacked

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____ Oct. 17, 2012   10:00 am



# Northampton County Department Of Corrections

| Complaint Affidavit |
| --- |

All questions must be completed.  Failure to provide all requested information will result in refusal of your complaint.

Your name: **Robert Merrit**     Inmate ID Number: _____

SS#: **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**     Sex: **M**     DOB: **10/28/69**     Age: **42**

Person(s) Accused: **Gullo, Steven** _____

Witnesses: _____

Witness(s) willing to testify? _____

Date, time and location of offense **Oct 17 2012  10 gm**

Were you injured? **Yes**     Nature of injuries **hit in the Back of Head**

Did you seek medical care? **Yes**  When? _____  Where? **WCCC**
*NOT IMMILILY*
*Gotten coming to WCCC*

I verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information or belief.  This verification is made subject to the penalties of Sections 4903 and 4904 of the PA Crimes Code (18 PA C.S. 4903 & 4904) relating to false swearing and unsworn falsification to authorities.

I have read the above and understand

x **Robert Merritt**     **Robert Merritt**     **10/26/2012**
Signature          Print Name          Date

Present your version of the facts, giving specific circumstances alleged, motive and persons present:

On Oct 17 2012 time 10cm  officer Gullo ~~willfully~~
~~Abused~~ hit ~~Auctity~~ me ~~and Asutted~~ me Robert Merritt
in the Back of the Head for ~~so~~ ~~just~~ ~~for reason~~ what
I don't NO  I was being transported form Northampton County
Jail to Warren Cant Jail

NCP Form No. NCP-175

Amended Complaint/Affidevit

On Oct.17,2012 I Robert Merritt was being escorted from the segregation unit, at which time I was shackled as protocol calls for; hands and feet secured with a belt around waist. I dont remember everything, but I do know that I was restrained all the way to the front offices near the intake unit. While in the offices, I had asked the LT, whos name I dont know at this time, about my property, and some shoes, but he showed no concern to my needs to want my personal shoes, because it was cold outside. I had asked to speak to Ms.Stanley, who is the administrator, and he said no. During this time Ms.Stanley heard me asking to speak to her and she came to address the situation about my new born daughter and who was the person that came to see me, and lied about who they were. (Lawyer or Attorney) I had wrote a request slip to her, asking for that individuals name that, being that the state is trying to take my baby away from me without my permission. I have no way of getting any information on where she is or where she is at. So at that time Ms.Stanley, expressed the situation to the LT. and that they should do something about letting people in the facility without proper ~~━━━━━~~ CLARIficahan.
Also at this time she stated to him that I was in the right and that this problem needed to be fixed. He then seemed very upset at the response from Ms.Stanley, and took offense to the situation, and then took it out on me, which then caused a minor disruption of words. Then Ms.Stanley told me to get my belongings and go. As the officer came to get me and took me through the intake unit, where I was being held at in a holding cell, waiting to be transported from NCP to WCCC, officer Gullo Steven called to open the cell door and as I walked out he hit me from behind in the back of my head, which then scared the life out of me, and not to mention I was 100% defenseless along with being stunned and dizzy. As I started walking towards the property process door where the transportation officers were, Officer Gullo Steven with another Officer forced me on the bench real hard. The other Officer which name I do not know at this time, forced my face toward the wall hurting my neck and my wrist. During this period of time I was still hand cuffed and my hands were smashed between me and the bench, and I had not showed any signs of resistance, because I was scared for my life of what these two officers might do to me next. The transporting officer did not do anything and did not say anything, all they did was shackle me up and take me to the car to be transported to Warren County. x Robert Merritt



ROBERT D CASTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires May 21

Subscribed and sworn to before me
This ____ day of ____ 20__
By ____
Notary Public

D.  Facts: *Please see attached Page.*

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

The INVestigator Officer Chris G Mauzle
of NorthamptoN County Saw it on he video
or Cmra He told me this at vist IN werran
County Jeil IN NJ

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was hit in the Back of the Head and
Swelling and dizzyness occured for
several days. I Told medical staff Brenda
She did not provide me with Proper treatment
and Nurse Robins was there to witness that
Situation. they work a Warran County Correctional Center in the medical
Deparment.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Northampton County Prison

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_ No ____ Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know _X_

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No _X_ I Tried to file one at NRTHCN County Correctional Center and was denied by staff

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No _X_ They dont have a grievance System at WCC

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: I was transported to another Jail, and here they would not give me a grievance for the other Jail They Do not have a Grievance system hear IN Warren County Correctional Center

I have told staff 3-He Wcc that I intend to file a service to send over to Northampton County correction center - Sgt and Warden and I Could not aid I Ask but I ask insistsity and is desired

If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: I told the transporting officers that took me from Easton to Warren County. I also advised medical staff at wcc they did not Provide adequate treament The officers were from Warren County Belvidere NJ I am trying to get there names.

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. INVestigator Chris G Naugle of Northampton County came to see me at Warren County Jail and had advised me that He seen the video Tape of the Incident mentioned in the Complaint Aflivisit and That I Could self (sic) in my Civil suit Mr Naugle (sic) me if I wish to press charges and I told him yesh

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Want to sue all officers In there professional capacity as well as there Private Personal Capacity Seeking $500,000,00 five Hundred thousand Dollors excluding attorney fees Non texable. Violation of Constitutional Rights and all agencies And there employers ako State If possible Under The Color of LAW

---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------
---------------------------------------------------------------------

**VI.    Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _X_

[On these claims]

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

C.   Have you filed other lawsuits in state or federal court?

Yes _____ No ✗

> On other claims

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

FILED

MAY 0 8 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __4__ day of ___January_____, 20_13_.

Signature of Plaintiff ___Robert Merutt_____

Inmate Number ___23121_____

Institution Address ___175 county RD_____
___Rt 519S Belvidere, NJ___
___07823___

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this __4__ day of ____Jan_____, 20 _13__, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.


Signature of Plaintiff: _Robert Merritt_____